# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROCKET MORTGAGE, LLC,
a Michigan limited liability company,

    Plaintiff

v.

CITO MECHANICAL DESIGN, INC,
a California corporation, and CLAUDIA PAOLA BLACKWOOD, an individual

    Defendants.

Case No. 23-cv-10583-MFL-DRG
Hon. Matthew F. Leitman
Mag. David R. Grand

## STIPULATION FOR ENTRY OF ORDER EXTENDING TIME FOR BRIEFING IN CONNECTION WITH MOTION TO DISMISS AMENDED COUNTERCLAIM

The undersigned stipulate to entry of the attached Order Extending Time for Briefing in Connection with Rocket Mortgage, LLC's Motion to Dismiss Amended Counterclaim (ECF No. 34) from the dates identified in the Order Requiring Response (ECF No. 36) to the dates in the accompanying proposed Order because Ms. Blackwood will be out of town over the holidays.

| CLAUDIA P. BLACKWOOD | MADDIN HAUSER ROTH & HELLER PC |
|---|---|
| /s/ *Claudia P. Blackwood* | /s/ *Robert M. Horwitz* |
| Claudia P. Blackwood *In Pro Per* | Robert M. Horwitz (P51466) |
| 507 Rosso Court | 28400 Northwestern Hwy., 2nd Floor |
| Pleasanton, CA 94566 | Southfield, MI 48034 |
| Claudia.blackwood@yahoo.com | (248) 354-4030 |
| *In Pro Per* | rhorwitz@maddinhauser.com |
| | *Attorneys for Rocket Mortgage, LLC* |

{03919288 v1}

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROCKET MORTGAGE, LLC,
  a Michigan limited liability company,

      Plaintiff

v.

CITO MECHANICAL DESIGN, INC,
  a California corporation, and CLAUDIA PAOLA BLACKWOOD, an individual

      Defendants.

Case No. 23-cv-10583-MFL-DRG
Hon. Matthew F. Leitman
Mag. David R. Grand

## ORDER EXTENDING TIME FOR BRIEFING IN CONNECTION WITH MOTION TO DISMISS AMENDED COUNTERCLAIM

THIS MATTER is before the Court upon the Stipulation of the parties. The Court notes the consent of the parties to entry of this Order, finds good cause for entry of this Order, and is otherwise fully advised in the premises;

NOW, THEREFORE,

IT IS HEREBY ORDERED that time for Counter-Plaintiff Claudia Blackwood to respond to Rocket Mortgage LLC's Motion to Dismiss Amended Counterclaim (ECF No. 34) is hereby extended from January 4, 2024 to January 18,

{03919288 v1}

2024, and any reply to be filed by Rocket Mortgage, LLC must be filed on or before February 5, 2024.

IT IS SO ORDERED.

Dated: <u>12/19 2023</u>            <u>s/David R. Grand</u>
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE