UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKET MORTGAGE, LLC,

    Plaintiff,

v.

CITO MECHANICAL
DESIGN, INC., *et al.*,

    Defendants.

Case No. 23-cv-10583
Hon. Matthew F. Leitman

_____/

## AMENDED JUDGMENT AS TO DEFENDANT CITO MECHANICAL DESIGN, INC. ONLY

In accordance with the Order entered on this day and on February 5, 2024,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered against Defendant Cito Mechanical Design, Inc. in the amount of $761,559.00, which is inclusive of attorneys' fees of $13,406.00 and costs in the amount of $517.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that Cito is obligated, under Section 8 of the parties' agreement, to defend, indemnify, and hold Plaintiff Rocket Mortgage, LLC harmless for any and all losses, liabilities, claims, damages, costs (including allocated costs of in-house counsel), and actions suffered or incurred by Rocket Mortgage as a result of Cito's breach of any covenant, condition, term, obligation, representation or warranty' contained in the agreement, including all

liabilities it might incur by virtue of it being forced to sign indemnification agreements with the Department of Housing and Urban Development.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 54(b), this Judgment shall be a final judgment against Cito Mechanical Design, Inc. because there is no just reason for delay even though the case remains open against defendant Claudia Paola Blackwood.

                KINIKIA ESSIX
                CLERK OF COURT

      By:    s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 21, 2024
Detroit, Michigan