**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROCKET MORTGAGE, LLC,
a Michigan limited liability company,

        Plaintiff

v.

CITO MECHANICAL DESIGN, INC,
a California corporation, and CLAUDIA
PAOLA BLACKWOOD, an individual,

        Defendants.

Case No. 23-cv-10583-MFL-DRG
Hon. Matthew F. Leitman
Mag. David R. Grand

---

**STIPULATED ORDER OF DISMISSAL OF CLAUDIA PAOLA
BLACKWOOD WITHOUT PREJUDICE AND SUBJECT TO
REINSTATEMENT FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, having entered into a Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") with Defendant, Claudia Paola Blackwood ("Blackwood"), that requires Blackwood to make extended monthly settlement payments to Plaintiff and allows Plaintiff upon an event of default under the Settlement Agreement to enter a Consent Judgment against Blackwood on Count IV of the Complaint for the amount of the Amended Judgment this Court entered against defendant Cito Mechanical Design, Inc. (ECF No. 54), less any payments made by Blackwood under the Settlement Agreement, consents to the dismissal of Blackwood from this matter, without prejudice, and subject to reinstatement of this matter against her for purposes of entering a Consent Judgment upon an event of

{04137486 v1}

default under the Settlement Agreement. In the event Blackwood satisfies her payment obligations under the Settlement Agreement, the dismissal without prejudice of Count IV against her shall automatically be converted into a dismissal with prejudice.

**IT IS ORDERED** that defendant Claudia Paola Blackwood is dismissed from this action, without prejudice, subject to her being reinstated as a defendant under Count IV of the Complaint upon an event of default under the Settlement Agreement for purposes of entering the Consent Judgment identified in the Settlement Agreement.

**IT IS FURTHER ORDERED** that this dismissal without prejudice shall be automatically converted into a dismissal with prejudice upon Blackwood satisfying her payment obligations under the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: _December 19_, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

{04137486 v1}

**STIPULATED AS TO FORM AND CONTENT:**

CLAUDIA P. BLACKWOOD

/s/ *Claudia Blackwood*

Claudia P. Blackwood *In Pro Per*
507 Rosso Court
Pleasanton, CA 94566
Claudia.blackwood@yahoo.com
*In Pro Per*

MADDIN HAUSER ROTH & HELLER PC

/s/ *Robert M. Horwitz*

Robert M. Horwitz (P51466)
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
(248) 354-4030
rhorwitz@maddinhauser.com
*Attorneys for Rocket Mortgage, LLC*

{04137486 v1}